UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 3:05-CR-5(01)RM |
| | ) | |
| JOHN E. PARKER | ) | |

OPINION AND ORDER

Because the defendant, John Parker, is represented by counsel and has no right to hybrid counsel, the court now STRIKES his self-filed motion to appoint new counsel [docket no. 38].

ENTERED: August 2, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: J. Parker
H. J. Stevens
J. Maciejczyk